# LAW OFFICES OF MICHAEL D. STEGER, PC

30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 359-4600
(845) 638-2707 (fax)
www.steger-law.com
msteger@steger-law.com

November 27, 2024



**Via ECF**

Hon. Katherine Polk Failla
United States District Court for the Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

    Re: *Carson v. Dizzy Lizzie,LLC, et al.* Case No. 24-cv-6631-KPF

Dear Judge Failla:

    I represent Plaintiff Susan Carson in this case. I am writing to request an adjournment of the initial pretrial conference scheduled for December 6th.

    I have been in contact with the defendants and we have been discussing a possible resolution of the case. Defendants are not represented by counsel. Given these circumstances I believe it may benefit all parties to adjourn the initial pretrial conference to early January. This is the first request for an adjournment of any date in this case.

    Thank you for your consideration of this request.

                                        Sincerely yours,

                                        /s/ Michael D. Steger

                                        Michael D. Steger

In light of Plaintiff's counsel's representation that the parties are discussing a possible resolution of the case, the Court ADJOURNS the conference scheduled for December 6, 2024, to **January 8, 2025, at 11:00 a.m.**

The dial-in information is as follows: On **January 8, 2025, at 11:00 a.m.**, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.  Please note, the conference will not be available prior to 11:00 a.m.

The Clerk of Court is directed to terminate the pending motion at docket entry 15.

Dated:     December 2, 2024                SO ORDERED.
           New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE