# LAW OFFICES OF MICHAEL D. STEGER, PC

30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 359-4600
(845) 638-2707 (fax)
www.steger-law.com
msteger@steger-law.com



January 2, 2025

**Via ECF**

Hon. Katherine Polk Failla
United States District Court for the Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

    Re: *Carson v. Dizzy Lizzie,LLC, et al.* Case No. 24-cv-6631-KPF

Dear Judge Failla:

    I represent Plaintiff Susan Carson in this case. I am writing to request an adjournment of the initial pretrial conference scheduled for January 8th.

    Defendants are not represented by counsel and have not appeared in the case. The Clerk entered the defaults of both Defendants today. Accordingly, I request that the court adjourn the initial pretrial conference.

    Thank you for your consideration of this request.

                                                Sincerely yours,

                                               */s/ Michael D. Steger*

                                               Michael D. Steger

Application GRANTED. The conference currently scheduled for January 8, 2025, is hereby ADJOURNED *sine die*.

The Court notes that the Clerk of Court has entered a certificate of default as to both named Defendants, Dizzy Lizzie, LLC and Elizabeth Lighton. If Plaintiff wishes to pursue a default judgment, she must follow the procedures described in Attachment A of the Court's Individual Rules.

The Clerk of Court is directed to terminate the pending motion at docket entry 25.

Dated:   January 3, 2025          SO ORDERED.
         New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE